IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JAMES ROSARIO, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CASE NO.   15-1008-SCW |
| | ) |
| WEXFORD HEALTH CARE SUSAN KERR, | ) |
| HEATHER CARPENDER, DEE DEE | ) |
| BROCKHART, DR. OSMUDSON and | ) |
| RANDY GROUNDS, | ) |
| | ) |
| Defendant(s). | ) |

**JUDGMENT IN A CIVIL CASE**

Defendants WEXFORD HEALTH CARE, DEE DEE BROCKHART, and RANDY GOURNDS were dismissed without prejudice on October 13, 2015, by an Order entered Chief Judge Michael J. Reagan (Doc. 8).

Defendants HEATHER CARPENTER and DR. OSMUDSON were dismissed without prejudice May 18, 2016, by an Order entered by Chief Judge Michael J. Reagan (Doc. 42).

The remaining issues were dismissed with prejudice for want of prosecution on June 13, 2016 by an Order entered by Magistrate Judge Stephen C. Williams (Doc. 49).

Therefore, judgment is entered in favor of Defendant SUSAN KERR and against Plaintiff JAMES ROSARIO.

Plaintiff shall take nothing from this action.

The Plaintiff should take notice of the fact that he has 28 days from the date of this judgment for filing a motion for new trial or motion to amend or alter judgment under Rule 59(b) or (e) of the Federal Rules of Civil Procedure.    These deadlines for motions under Rule 59 cannot be extended by the Court.    The Plaintiff should also note that he has 30 days from the date of this judgment to file a notice of appeal.    This period can only be

extended if excusable neglect or good cause is shown.

**DATED** this 13th day of June, 2016

**JUSTINE FLANAGAN, ACTING CLERK**

**BY: */s/ Angela Vehlewald*** 
**Deputy Clerk**

**Approved by  */s/ Stephen C. Williams*** 
**United States Magistrate Judge** 
**Stephen C. Williams**